IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

```
DONALD WAYNE HEROD                      §
T.D.C.J.-C.I.D. NO #1538539             §
       PLAINTIFF                        §
                                        §
VS                                      §
                                        §   CIVIL ACTION NO #:
TEXAS DEPARTMENT OF                     §
CRIMINAL JUSTICE                        §   9:14-CV-00069-ZJH
EASTHAM UNIT                            §
WARDEN BELL; ET-AL                      §
                                        §
UNIVERSITY OF TEXAS                     §
MEDICAL BRANCH; ET-AL                   §
  ATTACHED TO EASTHAM                   §
ITS EMPLOYEES JOHN DOE,                 §
JAN DOE, JAMES DOE                      §
                                        §
TEXAS DEPARTMENT OF                     §
CRIMINAL JUSTICE -                      §
CORRECTIONAL INSTITUTIONAL              §
DIVISION                                §
  RICK THALER, DIRECTOR; ET-AL          §
       DEFENDANTS
```

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS SEP 22 2016 BY DEPUTY _____

ORIGINAL COMPLAINT (AMENDED)

PLAINTIFF DONALD WAYNE HEROD #1538539, TO PUT WHERE AS ALL DEFENDANTS IN THEIR INDIVIDUAL AND THEIR OFFICAL CAPACITY AND SINCE THE ATTORNEY GENERAL OF TEXAS WILL NOT DISCLOSE THE NAMES OF PERSONAL WHO WAS IN THE CLINIC AT THAT TIME. THE PLAINTIFF CLAIMS THAT WHEN HE BECAME UNCONSCIOUS IN HIS HOUSING SPACE - THE DUTY OFFICER CAME TO DETERMINE WHAT HAD HAPPENED. WHEN I WAS OBSERVERED TO BE UNCONSCIOUS STATE HE SUMMONED TO PRISON MEDICAL STAFF TO COME AND GET ME TO THE PRISON CLINIC FOR MEDICAL EVELUATION. THEY APPARENTLY ARRIVED WITH A GURNY AND LOADED ME ONTO IT WITHOUT PROPERLY TYING ME DOWN IN MY UNCONSCIOUS STATE. AS THEY RAPIDLY PUSHED THE GRUNY TO WHEEL ME AWAY FROM MY LIVING SPACE EN ROUTE TO THE INFERMARY THE WHEEL HIT A BOMP going THROUGH A

1 OF 1

doorway where my body went through the wall. I went head and shoulders first into the concrete. This fall obviously caused me serious body injurys to my shoulders and neck injurys as I was unconscious I was air lifted to the hospital to have a medical eveluation done their. When I woke up my hands were in handcuffs and I ask the officer next to me what was going on she said she did not no maybe I had some answers then a nurse came in and I ask her the same thing she said hopefully I had some answers to what had happen to me and that the doctor would be in soon and I needed to pee she lifted up the cover and said let it rip that I was pluged up "I had a chather put into my penis" the doctor came around and told me my neck was cracked and both of my shoulders would need to be replaced they were crushed beyond repair then I was sent by an ambulance to have surgery on my to my shoulders to repair the damage they had done due to their reckless negligence in pushing the gruny without properly tying my body down as I lay their unconscious. They never determined what caused me to black out in the first place after the surgerys on both of my shoulders and they did nothing about the crack in my neck, I'm in constent pain and suffering! When I was at Carol Young I was getting Ibupprofen when I was sent to Estell Unit they took it away now here at the McConnell Unit I get Acetaminophen 2 tabs every day and at night they give me Nortriptline HCL a nut drug but they don't help, I wake up ever night bettwern 12:30 to 1:30 both of my shoulders and neck hurting at that every day! Its the lack of training on what to do in a medical crisis their on the Eastham Unit which lead to both of my shoulders crushed beyond repair they both had to be replaced and nothing was done about the crack in my neck! The Constitution requires Prison and jael officials to provide "reasonable safety" for prisoners Helling v. McKinney – U.S. – 113 S.Ct. 2475, 2480 (1993) even if prison officials don't know about the risk to a particular prisoner, they can be held liable for policies or conditions that are dangers to all prisoners or to an indentifiable group of prisoners Farmer v. Brennan – U.S. – 114 S.Ct. 1970, 1982 (1994) ("It does not matter whether a prisoner faces an excessive risk of attack for reasons personal to him or because all prisoners in his situation face such a risk."); LaMarca v. Turner 995 F.2d 1526, 1535 (11th Cir. 1993), cert denied, 114 S.Ct. 1189 (1994) (deliberate indifference could be found based

1 of 2

ON PLAINTIFF IN ABSENT FROM THE "GENERAL DANGER ARISING FROM A PRISON ENVIRONMENT THAT BOTH STIMULATED AND CONDONED VIOLENCES" THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTIONAL DIVISION EASTHAM UNIT WARDEN BELL "UNDER THE COLOR OF STATE LAW" FAILED TO DO PERSONAL BACKGROUND CHECKS ON THE PEOPLE WHO WORKED THEIR ON THE EASTHAM UNIT WHICH LEAD TO THIS WHOLE MESS "THE LACK OF TRAINING" RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTIONAL DIVISION "UNDER THE COLOR OF STATE LAW" HIRED UNIT WARDEN BELL TO DUE THESE KINDA OF CHECKS ON THE EASTHAM EMPLOYEES THAT WAS NOT DONE, EACH OF THEM RICK THALER, AND BELL WERE THEIR TO PROTECT ME FROM THIS! PLAINTIFF CONTENDS THAT THE GRIVANCES THAT THE ATTORNEY GENERAL HAS USED IN EXHIBIT A, NEVER CAME BACT TO THE PLAINTIFF! THE PLAINTIFF ARGUES THE GRIVANCES HE USED IN THE ORIGINAL COMPLAINT WAS STEP 1 NO# 2014072103, STEP 2# 2014072103 AND WERE SIGNED OFF ON, THIS SHOULD BE ENOUGH OF REQUIREMENT TO EXHAUST HIS ADMINISTRATION! THE EXHIBIT NEEDS TO BE PUBLISHED AND OUPON FOR ALL TO SEE LIKE THE PLAINTIFF. STOP WITHHOLDING ALL OR THE RECORDS FROM ST. JOSEPH HOSPITAL.

## RELIEF

THE PLAINTIFF REQUEST RELIEF SENCE HE HAS LOST MOVEMENT IN HIS ARM'S TO WHICH HIS LAST JOB REQUIRED BEING ABLE TO LIFT ABOUVE HIS HEAD INSIDE 18 WHEELERS THEIR 40 FOOT TRAILERS AND HAVEING THE STRENGTH WHICH IVE ALSO LOST MAKING $4200 PER HOUR AND MORE ON WEEKENDS. IM NOW UNAPLOYABLE NO ONES INSURANCE WILL COVER ME TO WORK ANY WHERE BECAUSE OF MY IMPLAINTS! SINCE THE CATHER WAS RIPED FROM MY body I HAVE NO PENIS ALL I HAVE IS THE HEAD TO WHICH IVE LOST BEING ABLE TO FELL WHEN I URNATE NOW NO MORE SEX I DON'T HAVE NOTHING I'M ASKING FOR FIVE MILLION DOLLORS PER DEFENDANT WHICH WILL COME TO 25 MILLION DOLLORS FOR THE LOSS OF SEX LIFE. FORE MY SHOULDERS I'M ASKING FOR FIVE MILLION DOLLORS PER. SHOULDER PER. DEFENDANT WHICH WILL BE 50 MILLION DOLLORS FOR ALL DEFENDANTS! THE PLAINTIFF WILL HAVE NO WAY TO MAKE A LIVING THE WAY HE'S BEEN DOING ALL OF HIS LIFE. ON DECEMBER 11th 2012 A bomb HAS TURNED HIS LIFE UP SIDE DOWN!

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED AT BEEVILLE, TEXAS ON SEPTEMBER 19TH, 2016

RESPECTFULLY SUBMITTED,

*Donald Wayne Herod*

DONALD WAYNE HEROD #1538539
MCCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TX. 78102

DONALD WAYNE HEROD #1538539
McCONNELL UNIT
3001 South EMILY DRIVE
BEEVILLE, TX. 78102

SAN ANTONIO TX 782
RIO GRANDE DISTRICT
20 SEP 2016 PM 3 L

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
104 N. THIRD
LUFKIN, TX. 75901

75901-983135